IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH JOHNSON,

       Plaintiff,                    No. 2:09-cv-2103 JFM (PC)

  vs.

M. MARTEL, et al.,

       Defendants.             ORDER

_____/

       Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On January 28, 2010, plaintiff filed a document entitled "Motion for Injunction." The court construes this as a request for temporary restraining order. The court intends to consider the request for injunctive relief in thirty days. The court will consider any response defendants offer within thirty days from the date of this order. Accordingly, IT IS HEREBY ORDERED that:

       1. The Clerk of the Court shall serve a copy of this order on Jennifer Neill, Supervising Deputy Attorney General; and

       2. The court will consider any response to plaintiff's January 28, 2010 request defendants may file within thirty days from the date of this order.

DATED: February 16, 2010.

                                      UNITED STATES MAGISTRATE JUDGE

/014; john2103.tro