IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH JOHNSON,

        Plaintiff,               No. 2:09-cv-2103 JFM (PC)

   vs.

M. MARTEL, et al.,

        Defendants.

                     /             ORDER

       Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). Defendants have neither consented nor declined to proceed before the undersigned despite order to do so by December 15, 2009. (Doc. No. 16.)

       On February 10, 2010, plaintiff filed a motion for temporary restraining order. Although plaintiff labeled this document with the case number for this matter, none of the defendants listed on the motion are involved in this action. It appears plaintiff, who has two section 1983 cases pending in this court, has mislabeled the case number.

/////

/////

/////

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's February 10, 2010
2  motion for temporary restraining order be reassigned to case number 2:10-cv-0282-KJM.
3  DATED: February 23, 2010.

UNITED STATES MAGISTRATE JUDGE

/014; john2031.inj(2)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH JOHNSON,
    Plaintiff,                              No. 2:09-cv-2103 JFM (PC)
  vs.
M. MARTEL, et al.,                    NOTICE OF SUBMISSION
    Defendants.                      OF DOCUMENTS
_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    \_\_\_\_\_    completed summons form
    \_\_\_\_\_    completed USM-285 forms
    \_\_\_\_\_    copies of the _____ Complaint

DATED:

                                                                _____
                                                                Plaintiff