IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH JOHNSON,

        Plaintiff,                    No. 2:09-cv-2103 JFM (PC)

   vs.

M. MARTEL, et al.,

        Defendants.            ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On February 11, 2010, plaintiff filed a motion for settlement conference. Because defendants have not yet filed a response to the complaint, plaintiff's February 11, 2010 motion for a settlement conference and motion to be put on calendar are premature and are hereby denied without prejudice to renewal at a later date..

DATED: April 8, 2010.

UNITED STATES MAGISTRATE JUDGE

/014; john2103.mot