IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH JOHNSON,

     Plaintiff,                   No. 2:09-cv-2103 JFM (PC)

    vs.

G. BISHOP, et al.,

     Defendants.             <u>ORDER</u>

                                    /

          On January 18, 2010, plaintiff filed a motion for injunctive relief.  On April 9, 2010, the undersigned filed findings and recommendations recommending that the motion be denied.  On April 19, 2010, plaintiff filed a motion to withdraw the motion for injunctive relief.

          Accordingly, IT IS HEREBY ORDERED that:

          1.  Plaintiff's April 19, 2010 motion to withdraw is granted;

          2.  Plaintiff's January 18, 2010 motion for injunction is withdrawn; and

          3.  The undersigned's April 9, 2010 findings and recommendations are vacated.

DATED: April 29, 2010.

UNITED STATES MAGISTRATE JUDGE

/014;john2103.withdraw

1