IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH JOHNSON,

       Plaintiff,                No. 2:09-cv-2103 JFM (PC)

   vs.

G. BISHOP, et al.,

       Defendants.       <u>ORDER</u>

_____/

       On April 26, 2010, plaintiff filed a motion for default.  Plaintiff contends the defendants have failed to file a responsive pleading. The docket, however, reflects that the defendants filed a timely answer on April 13, 2010.

       Accordingly, IT IS HEREBY ORDERED that plaintiff's April 26, 2010 motion is denied.

DATED: May 6, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

/014.john2103.defj

1