IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH JOHNSON,

      Plaintiff,                    No. 2:09-cv-2103 JFM (PC)

    vs.

G. BISHOP, et al.,

      Defendants.             ORDER

         Upon examination of the moving papers, and good cause appearing, defendants Bishop and Kudlata's request to modify the scheduling order extending the dispositive motion deadline by twenty-days is GRANTED.

         Defendants motion for summary judgment, filed and served on October 27, 2010, is deemed timely. The time for plaintiff to file an opposition shall run from the date the defendants' motion was properly served on him.

DATED: November 2, 2010.

UNITED STATES MAGISTRATE JUDGE

/014.john2103.dso.mod

1